■ In the Matter of FAY SIMONS, Respondent, v. W. KENNETH CHAVE et al., Constituting the Board of Appeals of the Town of Hempstead, Appellants.

Munder, Acting P. J., Martuscello, Shapiro, Christ and Benjamin, JJ., concur.